# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANGELA M. BOWDEN-MONGARAZ, | Case No. 2:17-cv-02172-APG-NJK |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| CHASE BANK USA, N.A., et al., | (ECF No. 7) |
| Defendants. | |

On September 7, 2017, plaintiff Angela M. Bowden-Mongaraz notified the court that she had reached a settlement with defendant Equifax Information Services, LLC, and requested sixty days to finalize the settlement. ECF No. 7. More than sixty days have passed, but these settling parties have not filed a stipulation to dismiss the case.

IT IS THEREFORE ORDERED that plaintiff Angela M. Bowden-Mongaraz and defendant Equifax Information Services, LLC shall file either a stipulation to dismiss or a status report regarding settlement on or before December 20, 2017.

DATED this 5th day of December, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE